# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>vs.<br><br>VAHE ANDONIAN, et al.,<br><br>   Defendant(s). | CASE NO. CR-89-190-SVW<br><br>ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Vahe Andonian for the reasons set forth in the Motion filed by Vahe Andonian.

Dated: January 3, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

cc: USPO, USM